IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | |
|     Plaintiff, | No. CIV S-11-1754 WBS DAD PS |
| vs. | |
| REX DOBLADOS and CHARLIE ROCHELLE GREEN A/K/A CHARLIE ROCHELLE GAINES, INDIVIDUALLY and d/b/a ENVY ULTRA LOUNGE A/K/A VYBE, | ORDER AND <u>FINDINGS AND RECOMMENDATIONS</u> |
|     Defendants. | |
| _____/ | |

        On October 11, 2011, this matter was referred to the undersigned pursuant to Local Rule 302(c)(21).  (Doc. No. 8.)  On June 15, 2012, plaintiff filed a motion for default judgment against defendant Charlie Gaines.  (Doc. No. 23.)  Plaintiff's motion is scheduled for hearing before the undersigned on August 3, 2012.  (Doc. No. 26.)  However, on June 22, 2012, plaintiff filed a document notifying the court that defendant Gaines had filed a bankruptcy

/////

/////

/////

/////

1

petition and requesting that this action be stayed pending the disposition of plaintiff's claims asserted against defendant Gaines in the bankruptcy action.[1]  (Doc. No. 25.)

In light of defendant's filing of a bankruptcy petition this action is subject to the automatic stay provisions of 11 U.S.C. § 362.  See Board of Governors of Federal Reserve System v. MCorp Financial, Inc., 502 U.S. 32, 39-40 (1991) ("The filing of a bankruptcy petition operates as an automatic stay of several categories of judicial and administrative proceedings.").

Accordingly, IT IS HEREBY ORDERED that the hearing of plaintiff's motion for default judgment set for August 3, 2012 before the undersigned is vacated.

IT IS HEREBY RECOMMENDED that:

1. This action be stayed;

2. That plaintiff's June 15, 2012 motion for default judgment (Doc. No. 23) be denied without prejudice to renewal; and

3. That plaintiff be ordered to file a notice of completion of the bankruptcy proceeding within 30 days of the conclusion of that action.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within fourteen (14) days after these findings and recommendations are filed, any party may file written objections with the court.  A document containing objections should be titled "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within seven (7) days after service of the objections.  The parties are advised that failure

/////
/////
/////
/////

---

[1] The only other defendant named in this action, defendant Rex Doblados, was voluntarily dismissed from this action by plaintiff on January 20, 2012.  (Doc. No. 15.)

1  to file objections within the specified time may, under certain circumstances, waive the right to
2  appeal the District Court's order.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
3  DATED: July 30, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7  DAD:6
Ddad1\orders.pro se\hand-doblados1754.bk.stay