IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

No. CIV S-11-1754 WBS DAD PS

vs.

REX DOBLADOS and
CHARLIE ROCHELLE GREEN A/K/A
CHARLIE ROCHELLE GAINES,
INDIVIDUALLY and d/b/a
ENVY ULTRA LOUNGE A/K/A
VYBE,

ORDER

    Defendants.
_____/

        The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

        On July 31, 2012, the magistrate judge filed an order and findings and recommendations herein which were served on all parties and which contained notice that any objections were to be filed within fourteen days after the filing of the findings and recommendations. The fourteen-day period has expired and no objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1          Accordingly, IT IS HEREBY ORDERED that:

2          1. The findings and recommendations filed July 31, 2012 (Doc. No. 27) are adopted in full;

3          2. This action is stayed;

4          3. Plaintiff's June 15, 2012 motion for default judgment (Doc. No. 23) is denied without prejudice to renewal; and

5          4. Plaintiff is ordered to file a notice of completion of the bankruptcy proceeding within 30 days of the conclusion of that action.

DATED: September 10, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/hand-doblados1754.jo